In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00236-CV
_____

JASPER'S WOODLANDS, L.P., JASPER'S MARKET STREET, LLC, H2R RESTAURANT HOLDINGS, LLC, ABACUS JASPER'S MANAGEMENT, LLC, CH RESTAURANT HOLDINGS, LLC, AND WILLIAM HYDE JR., Appellants

V.

IMI MSW LLC, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 22-02-02292-CV

**MEMORANDUM OPINION**

Jasper's Woodlands, L.P., Jasper's Market Street, LLC, H2R Restaurant Holdings, LLC, Abacus Jasper's Management, LLC, CH Restaurant Holdings, LLC, and William Hyde Jr., Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court

1

issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2025
Opinion Delivered August 28, 2025

Before Golemon, C.J., Wright and Chambers, JJ.